大成 **DENTONS**

**Rebecca Stark**
Associate

Rebecca.stark@dentons.com
D    +1 212-398-7614

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

# MEMORANDUM ENDORSED

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #:_____ |
| DATE FILED: 2/15/2024 |

February 13, 2024

**VIA ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Tarr v. RC Jewels, Inc.*, Case No. 1:23-cv-9269-GHW

Dear Judge Woods:

We represent Defendant RC Jewels, Inc. ("Defendant") in the above-referenced matter. We write to respectfully request that the Initial Pretrial Conference, currently scheduled to be held on February 20, 2024 at 2:00 p.m. in Courtroom 12C, 500 Pearl Street, New York NY 10007 (Dkt #5), be held telephonically or adjourned.

Plaintiff's counsel has consented to this request, which is made because Defendant's counsel will be in Los Angeles, California on the currently scheduled date for a law firm retreat. Alternatively, if Your Honor prefers to hold the conference in-person, the parties would respectfully request an adjournment to February 28, 2024, February 29, 2024, or March 6, 2024, or another time that is convenient for the Court, excluding February 16-26, 2024, March 8, 2024 and March 20-25, 2024.

If the Court does adjourn the conference, Defendant is still prepared to file its response to the Complaint at the original date of the Initial Pretrial Conference, February 20, 2024, per the Court's Notice of Initial Pretrial Conference (Dkt #5).

Respectfully submitted,

cc:   All counsel of record (by ECF)

*/s/ Rebecca A. Stark*
Rebecca A. Stark

Application granted.  The conference scheduled for February 20, 2024, will be held by telephone.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 8.

SO ORDERED.

Dated: February 15, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge