```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
ELLEN ELIZABETH TARR,                                           :
                                                                :
                              Plaintiff,                        :    1:23-cv-9269-GHW
                                                                :
               -v –                                             :    ORDER
                                                                :
RC JEWELS, INC.                                                 :
                              Defendant.                        :
                                                                :
--------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      On February 20, 2024, the Court held an initial pretrial conference in this matter. During the conference, the parties acknowledged that they had not yet conducted two meetings regarding settlement as required by the Court's October 23, 2023 order. Dkt. No. 5. The parties confirmed that the instructions in the October 23, 2023 order were clear. The Court observes that Plaintiff's counsel has a history of violating the Court's orders. *See* 1:23-cv-1816, Dkt. No. 26. Both parties are ordered to comply with all future orders in this case. Plaintiff's counsel is reminded that repeated failure to comply with orders may result in the imposition of sanctions.

      SO ORDERED.

Dated: February 21, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge